1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 14-173RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| MELQUIADES GARCIA GONZALEZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

14

15

16

17

18

19

20

21

22

23

24

25

26

THE COURT has considered the stipulated motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) a failure to grant a continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(f) the additional time requested between the current trial date of August 18, 2014, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

(g) that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the parties' stipulated motion (Dkt. #14) is GRANTED.  The trial date be continued from August 18, 2014, to December 1, 2014.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than October 20, 2014.

FURTHERMORE, IT IS ORDERED that the period of time from the date of this order to the new trial date of December 1, 2014, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 11th day of July, 2014.


_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED  MOTION
TO CONTINUE TRIAL DATE AND PTM DUE DATE - 2